FILED
June 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-mj-172 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ROSALINA BONA, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Rosalina Bona; Case 2:10-mj-172 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_    Release on Personal Recognizance

      \_    Bail Posted in the Sum of _____

      X    Unsecured bond in the amount of $20,000

      \_    Appearance Bond with 10% Deposit

      \_    Appearance Bond secured by Real Property

      \_    Corporate Surety Bail Bond

      X    (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 6/18/2010    at  2:47p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge