1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN III  (SBN 118694)**
2  1010 F STREET, SUITE 200
   SACRAMENTO, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorney for Defendant
5  ROSALINA DUE BONA

6

7                  **IN THE UNITED STATES DISTRICT COURT**

8                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,            )   Case No.: 2:10-MJ-0172-KJM
                                        )
11              Plaintiff,               )   **STIPULATION AND ORDER TO**
                                        )   **CONTINUE PRELIMINARY HEARING**
12      vs.                             )
                                        )
13                                      )   DATE:  July 22, 2010
   ROSALINA DUE BONA                    )
14                                      )
                Defendant.              )
15                                      )

16         Defendant Rosalina Due Bona, by and through her undersigned counsel, and

17 the United States of America, through Assistant United States Attorney Michelle Rodriguez,

18 hereby agree and stipulate to continue the Preliminary Hearing in the above captioned case

19 currently scheduled on July 23, 2010 at 2:00 p.m. before Magistrate Judge Kendall J.

20 Newman to August 13, 2010 at 2:00 p.m. before Magistrate Judge Dale A. Drozd.[1] This

21 continuance is requested because counsel for defendant substituted in on the case on July 6,

22 2010 and therefore needs additional time to review discovery and conduct further

23 investigation. For these reasons, the parties stipulate and request that pursuant to FRCP Rule

---

[1] The parties have been advised by this Court's Clerk that August 13, 2010 at 2:00 p.m. is an available date and time for a status conference on this matter.

5.1 (c), the Court extended time within which a preliminary hearing must be scheduled and set a preliminary hearing on August 13, 2010.

Respectfully submitted,

Dated: July 22, 2010          /s/ Michelle Rodriguez[2]
                              Assistant United States Attorney

Dated: July 22, 2010          /s/ Johnny L. Griffin, III
                              Attorney for Defendant
                              Rosalina Due Bona

**ORDER**

Based on Defendant's consent, the stipulation of the parties and good cause apparent therein, taking into account the public interest in the prompt disposition of criminal cases, the time limits specified in FRCP Rule 5 are hereby extended.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED.**

Dated:  July 22, 2010            /s/ Kendall J. Newman
                                 HON. KENDALL J. NEWMAN
                                 U.S. Magistrate Judge

---

[2] Assistant United States Attorney Michelle Rodriguez has telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on her behalf.