**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
ROSALINA DUE BONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-00319-GEB |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS** |
| vs. | ) **CONFERENCE** |
| | ) |
| | ) DATE:  September 9, 2010 |
| ROSALINA DUE BONA | ) Time:  9:00 a.m. |
| | ) Court:  Hon. Garland E. Burrell |
| Defendant. | ) |
| | ) |

Defendant Rosalina Due Bona, by and through her undersigned counsel, and

the United States of America, through Assistant United States Attorney Michelle Rodriguez,

hereby agree and stipulate to continue the Status Conference in the above captioned case,

currently scheduled on September 10, 2010 p.m., to October 29, 2010 9:00 a.m. to allow

counsel for Defendant additional time to conduct further investigation and to discuss

resolution with counsel for the Government.[1]  In addition, the parties agree and stipulate that

time be excluded from September 10, 2010 to October 29, 2010 pursuant to Local Code T4,

and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that October 29, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

1  Dated: September 9, 2010                Respectfully submitted,

2                                          /s/ Johnny L. Griffin, III
3                                          JOHNNY L. GRIFFIN, III
                                           Attorney for ROSALINA DUE BONA
4

5

6  Dated: September 9, 2010                Respectfully submitted,

7                                          /s/ Michelle Rodriguez
                                           MICHELLE RODRIGUEZ[2]
8                                          Assistant U.S. Attorney

9
                                    **ORDER**
10

11         Based on the stipulation of the parties and good cause apparent therein, the Court

12  hereby finds that the failure to grant a continuance in this case would deny Defendant's

13  counsel reasonable time necessary for effective preparation, taking into account the exercise

14  of due diligence. The Court specifically finds that the ends of justice are served by the

15  granting of such continuance and outweigh the interests of the public and the Defendant in a

16  speedy trial.

17         Based on these findings and pursuant to the stipulation of the parties, the Court

18  hereby adopts the stipulation of the parties in its entirety as its order.

19

20

21         **IT IS SO ORDERED.**

22  **Date:  9/9/2010**

23                                          _____
                                           GARLAND E. BURRELL, JR.
24                                          United States District Judge

25

[2]  Assistant United States Attorney Michelle Rodriguez telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE