BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  10-319-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION (AND |
| | ) | PROPOSED) ORDER |
| v. | ) | |
| | ) | |
| ROSALINA DUE BONA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, and Johnny L. Griffin III, attorney for defendant Bona, that the Status Conference hearing on 10/29/2010 be vacated and a new district court Status Conference hearing on 11/19/2010 at 9:00 a.m. be set.

The reason for the continuance is to allow counsel additional time for investigation and to negotiate a resolution to this matter. In this regard, the parties have tentatively worked out a plea resolution and intend to appear in Magistrate Court prior to the district court's 11/19/2010 hearing (which may obviate the need

for such 11/19/2010 hearing and thereafter obviate further district court proceedings in this matter as regards defendant Bona). The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act. Accordingly, the parties request that the period from 10/29/2010 and up to and including the 11/19/2010 status conference shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated:  10/28/2010                    BENJAMIN B. WAGNER
                                      United States Attorney

                                           /s/ M. Rodriguez
                                      By: _____
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney

Dated: 10/28/2010                     JOHNNY L. GRIFFIN III

                                           /s/ M. Rodriguez
                                           (by consent via telephone
                                           conversation on 10/27/2010)
                                      By: _____
                                           JOHNNY L. GRIFFIN III
                                           Counsel for defendant BONA

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ORDERED that the status conference presently set for 10/29/2010 be continued to 11/19/2010 at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS FURTHER ORDERED that time from 10/29/2010 up to and including 11/19/2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated:  October 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge