1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>              Plaintiff,     )<br>     v.                        )<br>                               )<br>ROSALINA DUE BONA,             )<br>              Defendant.     )<br>_____) | CR. NO.  10-319-GEB/efb<br><br>MOTION TO DISMISS COUNT TWO<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice Count Two of the Indictment in the above referenced case, CR No 10-319-GEB/EFB, against defendant BONA.  Before Magistrate Brennan, via another charging document (superseding Information) and via plea agreement, defendant BONA was convicted (on 11/3/10) and sentenced (on 4/18/11) for misdemeanor theft in violation of 18 USC 1163.

DATED: 4/18/2011                      BENJAMIN WAGNER
                                      U.S. Attorney
                                           /s/Michelle Rodriguez
                                      By _____
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

///

1 **ORDER**

2  The United States' motion to dismiss without prejudice Count
3 Two of the Indictment in the above referenced case, CR No 10-319-
4 GEB/efb against defendant BONA is GRANTED.

5 Dated: May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge